JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
High School Servicos Educacionais, LTDA ;
3 Citizen of Foreign Country;
**County of Residence:** Outside This District

**Defendant(s):**
First Listed Defendant:
Curators of the University of Missouri dba Mizzou K-12 Online ;
1 Citizen of This State;
**County of Residence:** Boone County

Additional Defendants(s):
Tanya Michiko Haeussler ;
1 Citizen of This State;

John Zachary March ;
1 Citizen of This State;

**County Where Claim For Relief Arose:** Boone County

**Plaintiff's Attorney(s):**
Kenneth N. Caldwell ( High School Servicos Educacionais, LTDA)
Caldwell Law Firm, P.C.
1201 NW Briarcliff Pkwy, 2nd Floor
Kansas City, Missouri 64116
**Phone:** 8165351001
**Fax:** 7025489796
**Email:** kcaldwell@caldwell-law-firm.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)
  **Plaintiff:** 3 Citizen of Foreign Country
  **Defendant:** 1 Citizen of This State

**Origin:** 1. Original Proceeding

**Nature of Suit:** 190 All Other Contract Actions
**Cause of Action:** Breach of Contract; Intentional Interference with Contract 28 U.S.C. 1332
**Requested in Complaint**
  **Class Action:** Not filed as a Class Action
  **Monetary Demand (in Thousands):** Preliminary Injunction
  **Jury Demand:** Yes
  **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** Kenneth N. Caldwell

Case 2:19-cv-04083-BCW   Document 1-1   Filed 04/24/19   Page 1 of 2

**Date:** 4/24/2019

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.