# EXHIBIT D

EXHIBIT D

**UNIVERSITY OF MISSOURI**
COLUMBIA ● KANSAS CITY ● ROLLA ● ST. LOUIS



OFFICE OF THE GENERAL COUNSEL
227 UNIVERSITY HALL
COLUMBIA, MO 65211
TELEPHONE: (573) 882-3211
FAX NUMBER: (573) 882-0050

Stephen J. Owens, General Counsel
Paul R. Maguffee, Deputy General Counsel
Jenelle M. Beavers, Counsel
Nicholas S. Beydler, Counsel
Katharine S. Bunn, Counsel
Sheryl Feutz-Harter, Counsel
Robert Hess II, Counsel
Phillip J. Hoskins, Counsel
Lana Knedlik, Counsel

Emily W. Little, Counsel
Jon P. McGough, Counsel
Matthew McNamee, Counsel
Kelly Mescher, Counsel
Joel Poole, Counsel
Antwaun Smith, Counsel
Steven R. Wild, Counsel
Mark Van Zandt, Counsel

February 14, 2019

Via email
Rogerio Abaurre
National Coordinator
High School Serviços Educacionais Ltda
Federative Republic of Brazil
Rua do Vintém, 60
Centro, Vitória – ES, CEP 29015-380
rogerioabaurre@gmail.com

Dear Mr. Abaurre,

Thank you again for your time two weeks ago. We look forward to continuing with our efforts to resolve our disagreements and move forward.

I am also writing to let you know that the University of Missouri is formally notifying you that the Memorandum of Understanding ("MOU") and Intellectual Property Agreement ("IP Agreement") will terminate on February 14, 2020. I am providing this notice so that the University of Missouri can preserve its rights under the MOU and IP Agreement. The nature and scope of our relationship from now until February 14, 2020 is an important topic that we look forward to discussing as well.

For your reference, the termination provisions can be found at V.3 of the MOU and Section 4.02 of the IP Agreement.

Please let me know if you have any questions.

Kind regards,

*Antwaun Smith*

Antwaun Smith
Counsel


cc:  Zachary March (marchz@missouri.edu)