# EXHIBIT E

# EXHIBIT E



## Fwd: One-year Notice of Termination

**Rogério Abaurre** <rogerioabaurre@gmail.com>  14 de fevereiro de 2019 15:16
Para: Maria Isabel Morandi de Moraes <m.mariaisabel@gmail.com>

---------- Forwarded message ---------
From: **Smith, Antwaun** <smithantw@umsystem.edu>
Date: Thu, Feb 14, 2019 at 2:39 PM
Subject: One-year Notice of Termination
To: Gmail <juliafv@gmail.com>
Cc: rogerioabaurre@gmail.com <rogerioabaurre@gmail.com>, March, Zac <marchz@missouri.edu>, McNamee, Matthew <mcnameem@umsystem.edu>

Julia,

Attached is the notice of termination I mentioned to you in our call today.

I can confirm that we are still on for a call tomorrow to continue discussing the work to be carried out for the remainder of the agreement. Please let me know if you have any questions.

Antwaun

--
**Rogério Abaurre**
National Coordination in Brazil
HSE-MK12 International Curriculum
rogerio.abaurre@hseducacional.com
Cel.+55 27 981283889  Tel. +55 27 30393737



HSE - HIGH SCHOOL SERVIÇOS EDUCACIONAIS in partnership with
MK12 - UNIVERSITY OF MISSOURI MIDDLE SCHOOL AND HIGH SCHOOL

Av. Rio Branco, 274, Loja 50, Santa Lúcia, Vitória, ES, Brasil - CEP 29056-916
www.hseducacional.com  facebook.com/hseducacional

"Antes de imprimir, pense na responsabilidade com o meio ambiente."
"Before printing, think about your environmental responsibility."

> **Aviso Legal**
>
> Esta mensagem é protegida pelo sigilo legal, sendo destinada exclusivamente para a(s) pessoa(s) a quem foi enviada. Não é permitida a cópia, divulgação e utilização da informação contida sem autorização da High School Serviços Educacionais Ltda. Caso tenha recebido esta comunicação por engano, informe o remetente sobre o ocorrido.


**00223257.PDF**
164K