# EXHIBIT G

EXHIBIT G

 Maria Isabel Morandi <m.mariaisabel@gmail.com>

**Fwd: Mizzou Academy Services for 2020 - with Tables (English & Portuguese below and attached)**

---

**From:** March, Zac <marchz@missouri.edu>
**Sent:** Friday, April 12, 2019 7:18:13 AM
**Cc:** Smith, Antwaun; McNamee, Matthew; Chval, Kathryn B.; Haeussler, Tanya M.
**Subject:** Mizzou Academy Services for 2020 - with Tables (English & Portuguese below and attached)

Dear School Owners, Directors, and Coordinators,

It has come to our attention that there is confusion about what educational programming and services Mizzou Academy will provide in 2020, and if Schools are able to enter into a contract with Mizzou in 2019. We understand this confusion, and have provided details below to reassure schools about Mizzou's commitment to you in 2019, 2020, and beyond.

1. **We have heard that Mizzou has cut-off communication with HSE on academic and operational issues.** This is not accurate. While we do have constraints preventing Mizzou from directly communicating with HSE on non-academic issues, we continue to be in daily contact with HSE and Schools for all 2019 academic and operational activities, and will continue to do so throughout this year. Schools should contact Mizzou directly with any questions or concerns they may have about support issues. We all hope the business issues with HSE will be resolved in a fair and equitable manner.

2. **What can Schools do in 2019 for 2020?**

   - **In 2019, Schools may Contract directly with Mizzou Academy.** In April / May of 2019, Schools will be offered the opportunity to sign a contract with Mizzou Academy for educational services that will include reduced pricing and the ability to lock in pricing for 1, 2, or 3 year terms.

   - **In 2019, Schools are invited to attend Conferences & Training with Mizzou Academy for the 2020 School Year**. In August and December of 2019, Schools who partner directly with Mizzou Academy may attend their Coordinator and Classroom Teacher Conferences in support of the 2020 academic year.

   - **In 2019, Schools may begin Recruiting student for the 2020 School Year with Mizzou Academy**. As soon as the School signs the Mizzou Academy contract, Schools may begin to market and present to parents and students for the 2020 school year. By signing directly with Mizzou Academy, Schools also obtain the right to use the University of Missouri branding, logos and trademark.

3. **What will Schools and Students experience if they contract directly with Mizzou in 2020?**

   Schools who contract DIRECTLY with Mizzou Academy for 2020 will experience the same quality academic program they have had over the past 3 years, but at a reduced price! This includes our signature CoTeach$^{SM}$ methodology that values the local classroom teacher and their input on the student's final grade. Schools will continue to have use of the University of Missouri branding, logos and trademarks that adorn their hallways, buildings, and clothing. Some of the new enhancements Mizzou Academy will be offering Schools is a new curriculum for both the middle school and high school programs, PLUS access to a new K-5 curriculum. Schools will also have the flexibility to design their own graduation plans through Mizzou Academy that align with their own academic goals and environment. All of the above will only be delivered directly through Mizzou Academy, and not through any Third Party Vendor.

4. **Are the students at the current Schools REQUIRED to continue with HSE after the contract with Mizzou has terminated?**

    - The MOU (Memorandum of Understanding) document between Mizzou and HSE states that *"existing students will be permitted to continue"* with HSE. **This does not mean that they MUST continue with HSE.** If Schools decide to have a direct, school-to-school partnership with Mizzou Academy in 2020, they will have the right to move **ALL** of their students under the care and support of Mizzou Academy.

    - Similarly, for recruiting new students, the MOU states that HSE "will stop recruiting new schools and students" by December 31, 2019. **This does not mean that HSE MUST recruit new students for Mizzou in 2019**. In 2019, Mizzou Academy will be recruiting for their own new students and schools for the 2020 academic school year, without HSE.

5. **What are the differences between services with "Mizzou Directly in 2020" and with "Mizzou through a Third Party Vendor in 2020"?**

    - **Schools working directly with Mizzou Academy** will continue to receive the same high-quality CoTeach$^{SM}$ academic programming they have been receiving for the past 3+ years, plus additional educational offerings and support.

    - **Schools working with a Third Party Vendor for Mizzou services** will have a much reduced and limited academic experience due to institutional restrictions and considerations.

To assist you with this decision, we have created the attached comparison tables to show the clear and concise differences in services that will be provided by Mizzou Academy in both situations. There are 8 key services we feel schools will be the most interested in which are highlighted in yellow. Hopefully this will help reduce the confusion and provide you with a clear choice for your accredited coursework and diploma needs.

We strongly believe that having a direct, School-to-School partnership means we can support student learning with the same shared values and ideals as our partner schools. In this direct model, the Student becomes the winner, and our Partner Schools are even more successful in delivering their educational programming to our shared students.

As an aside, you are probably aware that yesterday a service of an extrajudicial notification was delivered to me by HSE. I want to assure you that the University of Missouri fully respects the laws of Brazil, and our legal team is collaborating with our law firm here in Brazil (Dannemann & Seimsen) to determine if there are any legal requirements of this action.

We are here for you so please contact me directly if you have any other questions or concerns. My email is marchz@missouri.edu, cell / WhatsApp is 573-864-0224, and Skype is "zacmarch".

Respectfully,


Zac



*Zachary March*

*Executive Director of Mizzou K-12 Schools & Clinical Associate Professor*

*University of Missouri-College of Education*

*301 Clark Hall*

*Columbia, MO 65211*

*573-884-9173 (O)*

*573-864-0224 (C)*

Zac@Missouri.Edu

http://mizzouk12online.missouri.edu/



*Caros Proprietários, Diretores e Coordenadores de Escolas,*

*Chegou ao nosso conhecimento que há confusão sobre quais programas educacionais e serviços a Mizzou Academy fornecerá em 2020, e se as Escolas podem firmar contrato com a Mizzou em 2019. Entendemos essa confusão e fornecemos detalhes abaixo para tranquilizar as escolas sobre o compromisso da Mizzou com você em 2019, 2020 e além.*

1. ***Ouvimos dizer que Mizzou cortou a comunicação com o HSE sobre questões acadêmicas e operacionais.*** *Isso não é exato. Embora tenhamos restrições que impedem a Mizzou de se comunicar diretamente com o HSE em questões não acadêmicas, continuamos em contato diário com o HSE e as escolas para todas as atividades acadêmicas e operacionais de 2019, e continuaremos a fazê-lo ao longo deste ano. As escolas devem contatar a Mizzou diretamente com quaisquer dúvidas ou preocupações que possam ter sobre questões de suporte. Todos nós esperamos que as questões de negócios com a HSE sejam resolvidas de maneira justa e equitativa.*

2. ***O que as escolas podem fazer em 2019 para 2020?***

   - ***Em 2019, as escolas podem contratar diretamente com a Mizzou Academy.*** *Em abril / maio de 2019, as Escolas terão a oportunidade de assinar um contrato com a Mizzou Academy para serviços educacionais que incluirão preços reduzidos e a capacidade de fixar preços para períodos de 1, 2 ou 3 anos.*

   - ***Em 2019, as escolas são convidadas a participar de Conferências e Treinamentos com a Mizzou Academy para o ano escolar de 2020.*** *Em agosto e dezembro de 2019, as Escolas que fazem parceria direta com a Mizzou Academy podem participar de suas Conferências de Coordenadores e Professores em relação ao ano acadêmico de 2020.*

   - ***Em 2019, as escolas podem começar a recrutar estudantes para o ano escolar de 2020 com a Mizzou Academy.*** *Assim que a Escola assinar o contrato com a Mizzou Academy, as Escolas podem começar a comercializar e apresentar aos pais e alunos para o ano letivo de 2020. Ao assinar diretamente com a Mizzou Academy, as Escolas também obtêm o direito de usar a marca, os logotipos e a marca registrada da University of Missouri.*

3. ***O que as Escolas e os Alunos experimentarão se contratarem diretamente com Mizzou em 2020?***

*As escolas que contratam DIRETAMENTE com a Mizzou Academy para 2020 terão o mesmo programa acadêmico de qualidade que tiveram nos últimos 3 anos, mas a um preço reduzido! Isso inclui nossa assinatura da metodologia CoTeach$^{SM}$, que valoriza o professor da sala de aula local e sua opinião sobre a nota final do aluno. As escolas continuarão a usar a marca, os logotipos e as marcas registradas da Universidade do Missouri que adornam seus corredores, edifícios e roupas. Algumas das novas melhorias que a Mizzou Academy oferecerá às Escolas é um novo currículo para os programas do ensino fundamental e médio, além do acesso a um novo currículo de educação infantil a 5º ano do fundamental. As escolas também terão a flexibilidade de desenhar seus próprios planos de graduação com a Mizzou Academy, que se alinhe com seus próprios objetivos acadêmicos e meio ambiente. Todos os itens acima serão entregues diretamente através da Mizzou Academy, e não através de qualquer fornecedor terceirizado.*

4. ***Os alunos das escolas atuais PRECISAM continuar com a HSE após o término do contrato com a Mizzou?***

   - *O documento MOU (Memorando de Entendimento) entre Mizzou e HSE declara que "os alunos existentes terão permissão para continuar" com o HSE.* ***Isso não significa que eles precisam continuar com o HSE.*** *Se as Escolas decidirem ter uma parceria direta de escola para escola com a Mizzou Academy em 2020, elas terão o direito de mover TODOS os seus alunos sob os cuidados e apoio da Mizzou Academy.*

   - *Da mesma forma, para recrutar novos alunos, o MOU afirma que a HSE "deixará de recrutar novas escolas e estudantes" até 31 de dezembro de 2019.* ***Isso não significa que o HSE deve recrutar novos alunos para Mizzou em 2019.*** *Em 2019, a Mizzou Academy estará recrutamento seus próprios novos alunos e escolas para o ano letivo de 2020, sem a HSE.*

5. ***Quais são as diferenças entre serviços com "Mizzou Diretamente em 2020" e com "Mizzou através de um fornecedor terceirizado em 2020"?***

   - ***As escolas que trabalham diretamente com a Mizzou Academy*** *continuarão a receber a mesma programação acadêmica CoTeach$^{SM}$ de alta qualidade que receberam nos últimos 3 anos e mais ofertas educacionais e suporte adicionais.*

   - ***As escolas que trabalham com um fornecedor terceirizado para serviços Mizzou*** *terão uma experiência acadêmica muito reduzida e limitada devido a restrições e considerações institucionais.*

*Para ajudá-lo com essa decisão, ==criamos as tabelas de comparação anexadas== para mostrar as diferenças claras e concisas nos serviços que serão fornecidos pela Mizzou Academy em ambas as situações. Existem 8 serviços principais destacados em amarelo que sentimos que interessarão mais às escolas. Espero que isso ajude a reduzir a confusão e forneça uma escolha clara para as suas necessidades de cursos e diploma credenciados.*

*Acreditamos firmemente que ter uma parceria direta entre as escolas significa que podemos apoiar a aprendizagem dos alunos com os mesmos valores e ideais compartilhados de nossas escolas parceiras. Neste modelo direto, o aluno se torna vencedor, e nossas escolas parceiras são ainda mais bem-sucedidas em entregar seu programa educacional aos alunos que compartilhamos.*

*Como um aparte, você provavelmente está ciente de que uma notificação extrajudicial foi entregue a mim pelo HSE. Quero garantir que a Universidade do Missouri respeita plenamente as leis do Brasil, e nossa equipe jurídica está colaborando com nosso escritório de advocacia no Brasil (Dannemann & Seimsen) para determinar se há algum requisito legal para essa ação.*

*Estamos aqui para você, então entre em contato diretamente se tiver outras dúvidas ou preocupações. Meu e-mail é marchz@missouri.edu, celular / WhatsApp é 573-864-0224 e o Skype é "zacmarch".*

*Respeitosamente,*

*Zac*

---

**2 anexos**

📄 **Mizzou Academy Services for 2020 190408 Table traduzida.pdf**
759K

📄 **Mizzou Academy Services for 2020 190408 Table.pdf**
743K

## TABLE 1 - Academic Support
### SUMMARY OF PROPOSED SERVICES

| ACADEMIC SUPPORT | Mizzou Academy — College of Education, University of Missouri | Third Party Vendor for Mizzou Academy Services in 2020 |
|---|---|---|
| **CoTeach<sup>SM</sup>**<br>*Mizzou's signature blended teaching style, deployed in partner schools around the world.* | ✓<br>**Mizzou will continue to support the Brazil CoTeach<sup>SM</sup> Classrooms**<br>• *Mizzou's signature blended course delivery*<br>• *10% Participation Points from Classroom Teachers* | ✗<br>**Mizzou cannot support CoTeach<sup>SM</sup> Classrooms through Third Party Vendors**<br>• *100% Online course delivery*<br>• *No Participation Points from Classroom Teachers* |
| **Start date for Mizzou Academy in 2020** | ✓<br>**For 2020, Mizzou will open February 14th**<br>*For 2021 and beyond,*<br>*Mizzou will open February 1st* | ✓<br>**For 2020, Mizzou will open February 14th**<br>*For 2021 and beyond,*<br>*Mizzou will open February 1st* |
| **New Coordinator / Classroom Teacher Training** | ✓<br>**Mizzou Academy will provide directly to Schools**<br>*Mizzou will provide when needed for 2020* | ✗<br>Mizzou cannot provide support training through Third Party Vendors |
| **Coordinator Conference**<br>*Preparation for 2020 School Year* | ✓<br>**Mizzou Academy will provide directly to Schools**<br>*Mizzou is planning Coordinator Conference for August 2019* | ✗<br>Mizzou cannot provide support for conferences through Third Party Vendors |
| **Coordinator / Teacher Conference**<br>*Preparation for 2020 School Year* | ✓<br>**Mizzou Academy will provide directly to Schools**<br>*Mizzou is planning Coordinator/Teacher Conference December 9-12, 2019* | ✗<br>Mizzou cannot provide support for conferences through Third Party Vendors |
| **Other Professional Development Events** | ✓<br>**Mizzou will continue to provide directly to Schools**<br>*Mizzou is planning for Professional Development opportunities throughout 2020* | ✗<br>Mizzou cannot provide Professional Development through Third Party Vendors |
| **Graduation Ceremonies** | ✓<br>**Mizzou will continue to attend upon request**<br>*Mizzou celebrates all of our students' achievements, whether in person or from afar* | ✗<br>Mizzou will not attend graduations events. |

| TABLE 2 - Curriculum Support ||| 
|---|---|---|
| **SUMMARY OF PROPOSED SERVICES** |||
| **CURRICULUM SUPPORT** | **Mizzou Academy**<br>**College of Education**<br>**University of Missouri** | **Third Party Vendor**<br>**for Mizzou Academy Services in 2020** |
| **Flexible Graduation Plans** | ✓<br>**Mizzou will provide directly to Schools**<br>*Schools may select the number and type of courses that best suit their needs* | X<br>Mizzou cannot provide to Third Party Vendors |
| HSE-MK12 High School Program | X<br>2019 HSE-MK12 High School Program<br>cannot be offered in 2020<br><br>*Instead, Mizzou Academy is excited to offer our \*NEW\* Dual Diploma Program in 2020* | ✓<br>2019 HSE-MK12 High School Program<br>can only be provided by HSE<br><br>*Mizzou will only support curriculum contained in the online Canvas courses, and will not be responsible for content in any HSE's course materials* |
| \*NEW\* Dual Diploma Program<br>*Mizzou Academy's New High School Program* | ✓<br>Mizzou will provide directly to Schools | X<br>Mizzou cannot provide to Third Party Vendors |
| Elective High School Courses<br>*Advanced Placement / Electives / STEAM* | ✓<br>Mizzou will provide directly to Schools | X<br>Mizzou cannot provide to Third Party Vendors |
| **MSGL Program** | X<br>MSGL cannot be offered in 2020 | X<br>MSGL cannot be offered in 2020 |
| **\*NEW\* Mizzou Global Leaders Program (K-8)**<br>*Mizzou Academy's New STEAM Programs* | ✓<br>Mizzou will provide directly to Schools | X<br>Mizzou cannot provide to Third Party Vendors |
| \*NEW\* Core 6-8 Curriculum<br>*Mizzou Academy's New Core Programs in Lang Arts / Math / Science / Social Studies* | ✓<br>Mizzou will provide directly to Schools | X<br>Mizzou cannot provide to Third Party Vendors |
| Books - Content & Delivery | ✓<br>Mizzou will provide directly to Schools | X<br>**Mizzou** cannot provide to Third Party Vendors |
| **MizzouDirect**<br>*Graduation pathway / Scholarship opportunity* | ✓<br>Mizzou will continue to provide directly to Schools | X<br>Mizzou cannot provide to Third Party Vendors |

| OPERATIONAL SUPPORT | TABLE 3 - Operational Support | |
|---|---|---|
| | **SUMMARY OF PROPOSED SERVICES** | |
| | **Mizzou Academy College of Education University of Missouri** | **Third Party Vendor for Mizzou Academy Services in 2020** |
| **University of Missouri Trademarks** *Logos / Branding / etc.* | ✓ Mizzou will provide directly to Schools legal license to use University of Missouri Trademarks, Logos, and Branding | X HSE and HSE Schools will no longer have legal license to use University Trademarks, Logos, and Branding *Effective February 14, 2020, HSE and Schools contracting with HSE must stop using and return all University of Missouri logos and trademarks, including social media / classroom decorations / clothing / school branding / etc.* |
| **Exclusivity Areas around Schools** | ✓ Mizzou will continue to recognize and respect the long-established exclusivity areas around schools | X Mizzou will not recognize HSE exclusivity areas |
| **Prices** | ✓ Mizzou will provide to Schools reduced pricing with the ability to lock in a rate for 1-3 years *Prices to be included in the Mizzou-School Contract* | ? Unknown what price Third Party Vendors will charge schools *Mizzou will follow standard processes and procedures, and will charge Third Party Vendors published course and admission rates, with full payment required prior to student enrollment in courses. It is also unknown if these Third Party Vendors will pass these cost to the Schools.* |
| **English Learning Centers** | X To support School program exclusivity in Brazil, Mizzou Academy will only be available to Schools and not English Learning Centers | X Mizzou **will no longer** accept enrollments from English Learning Centers contracted by Third Party Vendors. |
| **Classroom Decorations** *Flags / posters / pens / stickers / etc.* | ✓ Mizzou will provide to Schools | X Mizzou cannot provide any decorations or co-branded items from Third Party Vendors *Effective February 14, 2020, HSE and Schools contracting with HSE must stop using and return all University of Missouri logos and trademarks, including social media / classroom decorations / clothing / school branding / etc.* |

## TABLE 3 - Operational Support
### SUMMARY OF PROPOSED SERVICES

| OPERATIONAL SUPPORT | Mizzou Academy College of Education University of Missouri | Third Party Vendor for Mizzou Academy Services in 2020 |
|---|---|---|
| **Mizzou Systems:** *Canvas / Tiger Portal (Genius) / etc.* | ✓<br>Mizzou will provide to Schools greater access to Mizzou Systems in 2020 (i.e., progress / grades / monitor across courses / etc.) | ✓/ ✗<br>• Mizzou will ONLY provide systems access (Canvas/Genius) to Students enrolled in the 100% online courses.<br>• Third Party Vendors, Coordinators, and Classroom Teachers will NOT have access to Mizzou Systems. |
| **Communication** | ✓<br>**School-to-School**<br>Mizzou will communicate with Schools directly and quickly on all issues | ✗<br>**Mizzou will not communicate directly with Schools contracting with Third party vendors**<br>1. **Third Party Vendor** to gather communication from school and submit general processing ticket to be placed in the service queue, with information to Mizzou to address<br>2. **Mizzou** to address and inform Third Party Vendor of answer<br>3. **Third Party Vendor** to inform school of Mizzou's answer |
| **Enrollment of Students, Classroom Teachers, Coordinators into Courses** | ✓<br>**School-to-School**<br>Mizzou will work directly with Schools to gather information and enroll students, teachers and coordinators | ✗<br>**Mizzou will not communicate directly with Schools contracting with Third Party Vendor**<br>1. **Third Party Vendor** to gather information from school and submit general processing ticket to be placed in the service queue for Mizzou to complete the enrollment process<br>2. **Mizzou** to enroll and inform Third Party Vendor completed the enrollment process<br>3. **Third Party Vendor** to inform school that Mizzou has completed the enrollment process |
| **Addressing issues:** (i.e., password changes / immediate & urgent requests / etc.) | ✓<br>**School-to-School**<br>Mizzou will work directly with Schools to receive information and to address issues quickly | ✗<br>**Mizzou will not communicate directly with Schools contracting with Third Party Vendor**<br>1. **Third Party Vendor** to gather information from school and submit general processing ticket to be placed in the service queue, with information to Mizzou to address<br>2. **Mizzou** to address and inform Third Party Vendor of answer<br>3. **Third Party Vendor** to inform school of Mizzou's answer |

**Mizzou Academy Services for 2020**

## TABLE 3 - Operational Support
### SUMMARY OF PROPOSED SERVICES

| OPERATIONAL SUPPORT | Mizzou Academy — College of Education, University of Missouri | Third Party Vendor for Mizzou Academy Services in 2020 |
|---|---|---|
| **MIE Summer Camp and other Campus Experiences** | ✓ Mizzou will continue to offer MIE Summer Camp and other Campus Experiences, including discounted rates for Schools | ✓ <br>• Mizzou will accept qualified students to MIE Summer Camp and other Campus Experiences, and must be pre-approved to receive discounted rates. <br>• Third Party Vendors must be pre-approved by Mizzou to attend and receive discounted rates. |
| **Middle School Summer Camp in Brazil** | ? To be Determined. *Mizzou will discuss with schools to determine interest, scheduling, and pedagogical goals* | X Mizzou will ONLY support camps affiliated with Mizzou Academy |
| **Admission Exams** | ✓ **Mizzou will provide exams** *Paper or Electronic versions of exams will be available for schools* | X Mizzou cannot support or be held responsible for exam validity from Third Party Vendors |
| **Marketing Presentation and Fliers** | ✓ **Mizzou will provide to Schools** *PowerPoint presentations and other promotional materials for each program* | X Mizzou cannot support or be held responsible for information presented by Third Party Vendors |
| **Presenting to Parents and Students** | ✓ Mizzou will provide presentations to Parents and Students | X Mizzou cannot support or be held responsible for Information presented by Third Party Vendors |
| **Annual Reviews** | ✓ Mizzou will provide annual reviews | X Mizzou cannot support or be held responsible for annual visit reports from Third Party Vendors |